Submitted on record and briefs June 30, reversed and remanded August 6, 1997

In the Matter of Soheila Karimi,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

SOHEILA KARIMI,
*Appellant.*

(C960020MC; CA A92266)

944 P2d 322

Susan D. Isaacs filed the brief for appellant.

Hardy Myers, Attorney General, Virginia L. Linder, Solicitor General, and Jas. Adams, Assistant Attorney General, filed the brief for respondent.

Before Deits, Chief Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Reversed and remanded. *State v. May*, 131 Or App 570, 888 P2d 14 (1994); *State v. Allison*, 129 Or App 47, 877 P2d 660 (1994).